# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN LOVE LUNDY | : | |
| | : | CIVIL ACTION NO. 3:17-2199 |
| **Plaintiff** | : | |
| | : | **(MANNION, D.J.)** |
| v. | : | **(CARLSON, M.J.)** |
| | : | |
| POCONO MOUNTAIN REGIONAL POLICE DEP'T, et al. | : | |
| | : | |
| **Defendants** | : | |

## O R D E R

In accordance with the accompanying memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1) the plaintiff's objections to Judge Carlson's Report and Recommendation, (Doc. 11), are **OVERRULED**;

(2) the Report and Recommendation of Judge Carlson, (Doc. 5), is **ADOPTED IN ITS ENTIRETY**;

(3) the plaintiff's application to proceed *in forma pauperis*, (Doc. 7), is **GRANTED**;

(4) the plaintiff's complaint, (Doc. 1) is **DISMISSED**; and

(5)  the Clerk of Court is directed to **CLOSE THIS CASE**.

                                              s/ *Malachy E. Mannion*
                                              **MALACHY E. MANNION**
                                              **United States District Judge**

**Dated: May 15, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-2199-01-Order.docx